No. 483. BOSTON SAFE DEPOSIT & TRUST CO., TRUSTEE, v. LONG, COMMISSIONER.
Jurisdictional statement distributed November 14, 1936. Decided December 21, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted, and the appeal is

dismissed for the want of a substantial federal question. *Saltonstall* v. *Saltonstall*, 276 U. S. 260. *Mr. R. Ammi Cutter* for appellant. *Mr. Paul A. Dever*, Attorney General of Massachusetts, and *Mr. James J. Ronan* for appellee.